Mary M. Schultz et al., respondents,

*v.*

Louis Pollock et. al., appellants.

[Decided February 4th, 1929.]

*Mr. Michael J. Tansey,* for the respondents.

*Mr. J. Harry Levin,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *102 N. J. Eq. 157.*

